# Court of Appeals
# of the State of Georgia

ATLANTA, December 20, 2013

*The Court of Appeals hereby passes the following order:*

**A14E0009. TERRELL HAJI v. THE STATE.**

Terrell Haji has filed an emergency motion pursuant to Court of Appeals Rule 40 (b) seeking a supersedeas bond during the pendency of his appeal from the trial court's November 13, 2013 order revoking his probation. After careful review and consideration, we find that Haji has failed to establish that he is entitled to relief under Rule 40 (b). Accordingly, his motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*   12/20/2013
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*